Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-11-00646-CV

Timothy Dewayne **WYATT**,
Appellant

v.

Placido **SAMANIEGO**, Jr., Kevin Masters, Joe L. Alfaro, Paul S. Chavarria, Alfredo Pena, and
Christina Moore,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 10-04-00063-CVK
Honorable Ron Carr, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
              Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice

Delivered and Filed:  September 28, 2011

DISMISSED FOR LACK OF JURISDICTION

In the underlying case, Appellant Timothy Dewayne Wyatt, an inmate, sued Appellees

Placido Samaniego, Jr., Kevin Masters, Joe L. Alfaro, Paul S. Chavarria, Alfredo Pena, and

Christina Moore pursuant to Chapter 14 of the Texas Civil Practice and Remedies Code. In

response to the lawsuit, Appellees moved for a partial dismissal under Chapter 14. On April 15,

2011, the trial court granted the motion and signed an "Order of Partial Dismissal." On June 28,

2011, Wyatt filed a notice of appeal. And, on August 19, 2011, the trial court signed an order

reinstating one of Wyatt's claims. Thus, Wyatt is appealing from an interlocutory order that does not dispose of all parties and causes of action. Interlocutory orders may be appealed only if a specific statute authorizes such an interlocutory appeal. Here, Chapter 14 specifically states that an order that dismisses a claim "is not subject to interlocutory appeal by the inmate." TEX. CIV. PRAC. & REM. CODE ANN. § 14.010 (c). Therefore, we dismiss this appeal for lack of jurisdiction.


PER CURIAM